# EXHIBIT 1

# Corey S. Goodman, Ph.D.

Adjunct Professor of Anatomy, and Biochemistry & Biophysics
University of California, San Francisco

Managing Director and co-founder, venBio, LLC

Co-founder: Exelixis, Renovis, Second Genome, Ossianix

Born: June 29, 1951 in Chicago, Illinois; Married: December 8, 1984 to Marcia Barinaga

Dr. Goodman is a renowned scientist, educator, entrepreneur, CEO, and corporate executive. With a B.S. from Stanford University and Ph.D. from U.C. Berkeley, he spent 25 years as professor of biology at Stanford and Evan Rauch Chair of Neurobiology at Berkeley, where he was Howard Hughes Medical Institute Investigator and co-founder and director of the Wills Neuroscience Institute. He is currently an adjunct professor at U.C. San Francisco.

Dr. Goodman is an elected member of the National Academy of Sciences, American Academy of Arts and Sciences, and American Philosophical Society, and the recipient of many honors including the Alan T. Waterman Award, the Canada Gairdner Biomedical Award, the March-of-Dimes Prize in Developmental Biology, the Reeve-Irvine Research Medal, and the Dawson Prize in Genetics from Trinity College Dublin.

Dr. Goodman moved into biotechnology to help apply biomedical discoveries to human health. He co-founded Exelixis, Renovis, Second Genome, and Ossianix, and led Renovis as President and CEO (2001) from a private to public company (2004) until its acquisition by Evotec (2007). In 2007, he was recruited as President and founder of Pfizer's Biotherapeutics and Bioinnovation Center and a member of Pfizer's executive leadership team, based on a new entrepreneurial R&D model of small units at major biotech hubs fostering innovative drug discovery and game-changing technology.

Today Dr. Goodman is Managing Director and co-founder of venBio, a venture capital firm investing in biotech companies with innovative therapeutics for major unmet medical needs, based on a new model of strategic collaboration in partnership with Amgen, Baxter, and PPD. He is Chair of the Board of three biotech companies, Board member of two others, and advises others.

Amongst his many public policy roles, Dr. Goodman is on the Board of the California Council on Science and Technology, Pacific Institute, Bay Area Science and Innovation Consortium, and is former Chair of the National Research Council's (NAS) Board on Life Sciences and past President of the McKnight Endowment Fund for Neuroscience. He is an advisor to numerous biomedical foundations, and a member of the editorial board of Science Translational Medicine and Neuron.

Dr. Goodman was born in Chicago. He and his wife Marcia Barinaga have lived in West Marin, California since 1993. Marcia oversees Barinaga Ranch, their farmstead sheep dairy, and produces artisanal sheep cheese in her family's Basque tradition.

## Education
| | |
|---|---|
| Postdoctoral studies, U.C. San Diego, developmental neurobiology, | |
|     Helen Hay Whitney Fellow (adv.: Nicholas Spitzer) | 1977-1979 |
| Ph.D., U.C. Berkeley, neurobiology, NSF Fellow (adv.: Hugh Rowell) | 1972-1977 |
| B.S., Stanford University, biology, Searle Scholar (adv.: Donald Kennedy) | |
|     graduated Phi Beta Kappa, Distinction, Department Honors | 1968-1972 |

## Academia Appointments
| | |
|---|---|
| University of California, San Francisco | |
|     Adjunct Professor of Anatomy and Biochemistry & Biophysics | 2007- |
| University of California, Berkeley | |
|     Adjunct Professor of Neurobiology, Dept. of MCB | 2005-2007 |
|     Professor on leave, Div. of Neurobiology, Dept. of MCB | 2001-2005 |
|     Director, Helen Wills Neuroscience Institute | 1999-2001 |
|     Member, Wills Neuroscience Institute | 1997-2007 |
|     Co-founder (w/ Carla Shatz), Helen Wills Neuroscience Institute | 1997 |
|     Head, Division of Neurobiology, Dept. of MCB | 1992-1999 |
|     Professor, Div. of Neurobiology, Dept. of MCB | 1992-2005 |
|     Professor, Div. of Genetics, Dept. of Mol. and Cell Biology | 1989-1992 |
|     Professor, Depts. of Biochemistry and Physiology-Anatomy | 1987-1989 |
| Howard Hughes Medical Institute, Investigator | 1988-2001 |
| Cold Spring Harbor, Instructor, Developmental Neurobiology course | 1986, '88, '90 |
| Stanford University | |
|     Associate Professor (tenured 1982), Dept. of Biological Sciences | 1982-1987 |
|     Assistant Professor, Dept. of Biological Sciences | 1979-1982 |

## Industry Appointments
| | |
|---|---|
| venBio, LLC, Managing Director and co-founder | 2009- |
| Pfizer, President, Biotherapeutics & Bioinnovation Center, | |
|     and Member, Pfizer Executive Leadership Team | 2007-2009 |
| Renovis, President and Chief Executive Officer, and Director | 2001-2007 |

## Academia, Foundation, and Public Policy Boards
| | |
|---|---|
| Member, California Institute for Regenerative Medicine (CIRM) | |
|     President's Strategic Industry Advisory Council | 2011- |
| Member, Stanley Center for Psychiatric Research, MIT/Harvard, | |
|     Scientific Advisory Board | 2009- |
| Member, Pacific Institute Board of Directors | 2009- |
| Member, Stanford's BioX Interdisciplinary Biosciences Advisory Council | 2008-2011 |
| Member, QB3 (UCSF-UCB-UCSC) Industry Advisory Board | 2007- |
| Member, California Council on Science and Technology | 2007- |
| Chair, Innovation Task Force, California Council on Science & Technology | 2006 |
| Spinal Muscular Atrophy Foundation, Member, Scientific Advisory Board | 2005- |
| Christopher Reeve Paralysis Found., Member, Research Planning Comm. | 2002-2005 |
| Hong Kong University of Science and Technology, member, | |
|     International Advisor Board of the Molecular Neurosci. Center | 2000-2010 |
| Institute of Neuroscience, Shanghai, Advisory Board member | 2000-2006 |
| Reeve-Irvine Research Center, U.C. Irvine, Advisory Board member | 2000-2005 |

| | |
|---|---|
| Exploratorium, Scientific Advisor, NSF Traits of Life project | 1999-2002 |
| Jane Coffin Childs Fund for Medical Research, Scientific Advisory Board | 1998-2001 |
| National Academy of Sciences | |
|     Chair, Neurobiology Section (#24) | 1998-2001 |
|     Member, Class Membership Committee | 1998-2000, 2005 |
| National Research Council | |
|     Chair, Board on Life Sciences | 2001-2006 |
|     Member, Commission on Life Sciences | 1998-2000 |
|     Member, Board on Biology | 1996-2000 |
|     Member, Research Opportunities in Biology, | |
|     Subcommittee on Growth and Development | 1987 |
| Society for Neuroscience | |
|     Councilor | 1996-2000 |
|     Public Information Committee | 1995-1999 |
|     Nominating Committee | 1992 |
| PEW Scholars Program, Scientific Advisory Committee | 1993 |
| Searle Scholars Program, Scientific Advisory Committee | 1988-1992 |
| McKnight Foundation Endowment Fund for Neuroscience | |
|     President | 2000-2005 |
|     Vice President | 1998-2000, 2005-2008 |
|     Board of Directors | 1986- |
|     Chair, Scholars Award Committee | 1989-1997 |
|     Member, Scholars Award Committee | 1984-1997 |
| Cold Spring Harbor Laboratory, Neurobiology Advisory Board | 1984-1990 |
| American Cancer Society, California Division, Fellowship Committee | 1984-1987 |
| NIH Neurobiology Study Section Member | 1981-1982 |

## Industry Boards

| | |
|---|---|
| Biotechnology Industry Organization (BIO), | |
|     member, Health Section Governing Body | 2008-2009 |
|     member, Emerging Company Section (ECS) Governing Body | 2005-2007 |
| Bay Area Science and Innovation Consortium (BASIC), member, BOD | 2006- |
| BayBio, member, Board of Directors | 2005- |
| Compugen, scientific and business advisor | 2009- |
| NuMedii, Chair, Board of Directors | 2010-2012 |
| Ossianix, Chair, Board of Directors | 2010- |
|     Co-Founder (w / Frank Walsh) | |
| Mirna Therapeutics, Member, Board of Directors | 2009- |
| Neurotherapeutics Pharma, Member, Board of Directors | 2009- |
| Oligasis, Chair, Board of Directors | 2009- |
| Second Genome, Chair, Board of Directors | 2009- |
|     Co-Founder (w/Gary Anderson, John Hulls, Thane Kreiner) | 2009- |
| iPierian, Chair, Board of Directors | 2009-2011 |
| Limerick, Board of Directors | 2007-2012 |
|     Chair, Board of Directors | 2009-2012 |
| Evotec, Board of Directors | 2008-2010 |
|     Vice Chair, Board of Directors | 2009-2010 |
| Chiron, member, Science Board | 2005-2006 |

| | |
|---|---|
| Renovis | |
|     Member, Board of Directors | 2001-2008 |
|     Co-Chair, Scientific Advisory Board | 2000-2001 |
|     Co-Founder (w/ Marc Tessier-Lavigne, Tito Serafini, Ed Penhoet) | 2000 |
| Exelixis | |
|     Member, Scientific Advisory Board | 1995-2001 |
|     Co-Founder | |
|     (w/ Spyros Artavanis-Tsakonas, Gerry Rubin, Stelios Papadopoulos) | 1995 |
| Teijin Limited, consultant for neuroscience | 1990-1995 |
| Athena Neurosciences, member, Scientific Advisory Board | 1988-1992 |

## **Awards, Honors**

| | |
|---|---|
| Dawson Prize in Genetics, Trinity College Dublin | 2011 |
| Reeve-Irvine Research Medal (w/ Marc Tessier-Lavigne) | 2006 |
| Ernst & Young Entrepreneur of the Year Finalist | 2005 |
| March-of-Dimes Prize in Developmental Biology (w/Tom Jessell) | 2001 |
| Evan Rauch Chair of Neuroscience, U.C. Berkeley | 1999-2001 |
| Elected Member, American Philosophical Society | 1999 |
| Wakeman Award (w/Tessier-Lavigne) for Research in Neurosciences | 1998 |
| Ameritec Prize for basic research toward a cure for paralysis | 1997 |
| Canada Gairdner International Award in Medical Sciences | 1997 |
| J. Allyn Taylor International Prize in Medicine (w/ Tom Jessell) | 1996 |
| Fondation IPSEN Neuronal Plasticity Prize | |
|     (w/ Marc Tessier-Lavigne and Friedrich Bonhoeffer) | 1996 |
| Elected Member, National Academy of Sciences | 1995 |
| Elected Fellow, American Academy of Arts and Sciences | 1993 |
| W. Alden Spencer Award, Columbia University College of P&S | 1992 |
| NIH Javits Neuroscience Investigator Award | 1992-1999 |
| Fellow, American Association for the Advancement of Science | 1991 |
| Weizmann Scholarship Foundation Award, 3rd Annual | 1990 |
| Endowed Chair (5 yr award), Class of 1933, U.C. Berkeley | 1987-1992 |
| NIH MERIT Award, NICHHD | 1985-1995 |
| NIH Javits Neuroscience Investigator Award | 1985-1992 |
| McKnight Neuroscience Development Award | 1985-1987 |
| Alan T. Waterman Award, National Science Board | 1983 |
| Demuth Swiss Medical Res Found., 2nd Inter. Award in Neuroscience | 1983 |
| Charles Judson Herrick Award | 1982 |
| McKnight Scholars Award | 1980-1983 |
| Alfred P. Sloan Research Fellow | 1980-1982 |
| Helen Hay Whitney Postdoctoral Fellowship | 1977-1979 |
| NSF Predoctoral Fellowship | 1972-1975 |
| Phi Beta Kappa, Distinction, Department Honors | 1972 |
| G.D. Searle Foundation Scholarship | 1968-1972 |
| Ford Foundation Scholarship | 1968 |
| President, Illinois Junior Academy of Sciences | 1967-1968 |

## **Endowed and Special Lectures** (partial list)

| | |
|---|---|
| Bodenstein Lecture, University of Virginia | 2001 |
| Lecture at the Nobel Forum, Karolinska Institute, Stockholm | 1999 |

| | |
|---|---|
| Keynote Lecture, Cell Contact and Adhesion Gordon Conference | 1999 |
| Pomerat Lecture, University of Texas Medical Branch, Galveston, Texas | 1999 |
| Keynote Lecture, American Soc. for Neurochemistry annual meeting | 1999 |
| Nachmansohn Lecture, sponsored by Weizmann Inst. | 1998 |
| 1998 Grass Lecture, Society for Neuroscience | 1998 |
| Runnström Lecture, Stockholm University | 1998 |
| Keynote Lecture, Basement Membranes Gordon Conference | 1998 |
| Vernon B. Mountcastle Lecture, Johns Hopkins University | 1998 |
| Ameritec Foundation Award Lecture, New Orleans | 1997 |
| Gairdner Foundation Award Lecture, University of Toronto | 1997 |
| Congressional Biomedical Research Caucus, House of Representatives | 1997 |
| Grass Lecture, University of Illinois | 1997 |
| Jack Sadler Memorial Lecture, University of Colorado | 1997 |
| Presidential Symposium, Society for Neuroscience | 1995 |
| Burton L. Baker Memorial Lecture, University of Michigan | 1995 |
| McClintock Lecture, University of British Columbia | 1995 |
| W. Alden Spencer Lecture, Columbia University | 1992 |
| Laura J. Kalfayan Memorial Lecture, Univ. North Carolina | 1992 |
| Anders Retzius Lecture, Karolinska Institute, Sweden | 1991 |
| Albert L. Tester Memorial Lecture, U. Hawaii | 1990 |
| Victor Hamburger Lecture, Washington University | 1989 |
| NSF Commemorative Lecture, Cell Biology Meeting | 1989 |
| Jenkinson Memorial Lecture, Oxford University | 1988 |

## Editorial Boards

| | |
|---|---|
| Science Translational Medicine, Board of Reviewing Editors | 2009- |
| Proceedings of the National Academy of Science, Editorial Board | 1999-2000 |
| Molecular and Cellular Neuroscience | 1995-2005 |
| Development, Associate Editor | 1993-2001 |
| Journal of Cell Biology | 1993-1994 |
| Current Biology, Current Opinion in Neurobiology | 1992-2002 |
| Mechanisms of Development | 1990-2000 |
| Cell Regulation/Molecular Biology of the Cell | 1989-1992 |
| J. of Neuroscience, Developmental Neurobiology Co-Section Editor | 1989-1993 |
| Neuron | 1987- |
| Science, Board of Reviewing Editors | 1986-1996 |
| Cell | 1986-1992, 1999-2001 |
| Developmental Biology | 1985-1988 |
| Journal of Comparative Neurology | 1983-1984 |
| Trends in Neuroscience | 1981-1996 |

## Patents Approved and Pending (available upon request)

numerous patents sponsored by U.C. Berkeley approved and pending involving therapeutic applications of Semaphorins, Robos, Slits, and Comms

5

## Publications: Journal Articles

1. Scommegna, A., Burd, L., Goodman, C.S., Bieniarz, J., and Seals, C. (1970). The effects of pregnenolone sulfate on uterine contractility. Amer. J. Obstet. Gynec. 108, 1023-1029.
2. Goodman, C.S. (1974). Anatomy of locust ocellar interneurons: constancy and variability. J. comp. Physiol. 95, 185-201.
3. Goodman, C.S. (1976). Constancy and uniqueness in a large population of small interneurons. Science 193, 502-504.
4. Goodman, C.S. (1976). Anatomy of the ocellar interneurons of acridid grasshoppers: I. The large interneurons. Cell Tiss. Res. 175, 183-202.
5. Goodman, C.S. and Williams, J.L.D. (1976). Anatomy of the ocellar interneurons of acridid grasshoppers: II. The small interneurons. Cell Tiss. Res. 175, 203-225.
6. Heitler, W.J., Goodman, C.S., and Rowell, C.H.F. (1977). The effects of temperature on the threshold of identified neurons in the locust. J. comp. Physiol. 117, 163-182.
7. Goodman, C.S. and Heitler, W.J. (1977). Isogenic locusts and genetic variability in the effects of temperature on neuronal threshold. J. comp. Physiol. 117, 183-207.
8. Goodman, C.S. (1977). Neuron duplications and deletions in locust clones and clutches. Science 197, 1384-1386.
9. Goodman, C.S. (1978). Isogenic grasshoppers: genetic variability in the morphology of identified neurons. J. comp. Neurol. 182, 681-706.
10. Heitler, W.J. and Goodman, C.S. (1978). Multiple sites of spike initiation in a bifurcating locust neurone. J. exp. Biol. 76, 63-74.
11. Goodman, C.S. and Heitler, W.J. (1979). Electrical properties of spiking and non-spiking insect somata: normal, axotomized, and cholchicine-treated neurons. J. exp. Biol. 83, 95-121.
12. Pearson, K.G. and Goodman, C.S. (1979). Correlation of variability in structure with variability in synaptic connections of an identified interneuron. J. comp. Neurol. 184, 141-165.
13. Goodman, C.S., Pearson, K.G., and Heitler, W.J. (1979). Variability of identified neurons in grasshoppers. Comp. Biochem. Physiol. 64A, 455-462.
14. Goodman, C.S. and Spitzer, N.C. (1979). Embryonic development of identified neurones: differentiation from neuroblast to neurone. Nature 280, 208-214.
15. Goodman, C.S., O'Shea, M., McCaman, R.E., and Spitzer, N.C. (1979). Embryonic development of identified neurons: temporal pattern of morphological and biochemical differentiation. Science 204, 219-222.
16. Goodman, C.S., Pearson, K.G., and Spitzer, N.C. (1980). Electrical excitability: a spectrum of properties in the progeny of a single embryonic neuroblast. Proc. Natl. Acad. Sci. 77, 1676-1680.
17. Goodman, C.S. and Spitzer, N.C. (1981). The mature electrical properties of identified neurons in grasshopper embryos. J. Physiol. 313, 369-384.
18. Goodman, C.S. and Spitzer, N.C. (1981). The development of electrical properties of identified neurons in grasshopper embryos. J. Physiol. 313, 385-413.
19. Goodman, C.S., Bate, C.M., and Spitzer, N.C. (1981). Embryonic development of identified neurons: origins and transformation of the H cell. J. Neurosci. 1, 94-102.
20. Bate, C.M., Goodman, C.S., and Spitzer, N.C. (1981). Embryonic development of identified neurons: segmental differences of the H cell homologues. J. Neurosci. 1, 103-106.
21. Pearson, K.G. and Goodman, C.S. (1981). Presynaptic inhibition of transmission from identified interneurons in the locust central nervous system. J. Neurophysiol. 45, 501-515.

22. Whitington, P., Bate, M., Seifert, E., Ridge, K., and Goodman, C.S. (1982).  Survival and differentiation of identified embryonic neurons in the absence of their target muscles.  Science 215, 973-975.
23. Goodman, C.S., Raper, J.A., Ho, R., and Chang, S. (1982).  Pathfinding by neuronal growth cones in grasshopper embryos.  Symp. Soc. Dev. Biol. 40, 275-316.
24. Goodman, C.S., Raper, J.A., Chang, S., and Ho, R. (1982).  Grasshopper growth cones: divergent choices and labeled pathways.  Progress in Brain Research 58, 283-304.
25. Ho, R.K. and Goodman, C.S. (1982).  Peripheral pathways are pioneered by an array of central and peripheral neurones in grasshopper embryos.  Nature 297, 404-406.
26. Shankland, M. and Goodman, C.S. (1982).  Development of the dendritic branching pattern by the medial giant interneuron in grasshopper embryos.  Dev. Biol. 92, 489-506.
27. Shankland, M., Bentley, D., and Goodman, C.S. (1982).  Afferent innervation shapes the dendritic branching pattern of the medial giant interneuron in grasshopper embryos raised in culture.  Dev. Biol. 92, 507-520.
28. Taghert, P., Bastiani, M., Ho, R.K., and Goodman, C.S. (1982).  Guidance of pioneer growth cones: filopodial contacts and coupling revealed with an antibody to Lucifer Yellow.  Dev. Biol. 94, 391-399.
29. Ho, R.K., Ball, E.E., and Goodman, C.S. (1982).  Muscle pioneers: large mesodermal cells that erect a scaffold for developing muscles and motoneurones in grasshopper embryos.  Nature 301, 66-69.
30. Raper, J.A., Bastiani, M.J., and Goodman, C.S. (1983).  Pathfinding by neuronal growth cones in grasshopper embryos: I. Divergent choices made by the growth cones of sibling neurons.  J. Neuroscience 3, 20-30.
31. Raper, J.A., Bastiani, M.J., and Goodman, C.S. (1983).  Pathfinding by neuronal growth cones in grasshopper embryos: II. Selective fasciculation onto specific axonal pathways.  J. Neuroscience 3, 31-41.
32. Chang, S., Ho, R., and Goodman, C.S. (1983).  Selective groups of neuronal and mesodermal cells recognized early in grasshopper embryogenesis by a monoclonal antibody.  Dev. Br. Res. 9, 297- 304.
33.  Loer, C.M., Steeves, J.D., and Goodman, C.S. (1983).  Neuronal cell death in grasshopper embryos: variable patterns in different species, clutches, and clones.  J. Exp. Embryol. Morph. 78, 169- 182.
34.  Taghert, P.H. and Goodman, C.S. (1984).  Cell determination and differentiation of identified serotonin-containing neurons in the grasshopper embryo.  J. Neurosci. 4, 989-1000.
35.  Bastiani, M.J. and Goodman, C.S. (1984).  Neuronal growth cones: specific interactions mediated by filopodial insertion and induction of coated vesicles.  P.N.A.S. 81, 1849-1853.
36. Taghert, P.H., Doe, C.Q., and Goodman, C.S. (1984).  Cell determination and regulation during development of neuroblasts and neurons in the grasshopper embryo.  Nature 307, 163-165.
37.  Berlot, J. and Goodman, C.S. (1984).  Guidance of peripheral pioneer neurons in the grasshopper: an adhesive hierarchy of epithelial and neuronal surfaces.  Science 223, 293-295.
38. Thomas, J.B., Bastiani, M.J., Bate, C.M., and Goodman, C.S. (1984).  From grasshopper to *Drosophila*: a common plan for neuronal development.  Nature 310, 203-207.
39. Bastiani, M.J., Raper, J.A., and Goodman, C.S. (1984).  Pathfinding by neuronal growth cones in grasshopper embryos. III. Selective affinity of the G growth cone for the P cells within the A/P fascicle.  J. Neurosci. 4, 2311-2328.

40. Raper, J.A., Bastiani, M.J., and Goodman, C.S. (1984). Pathfinding by neuronal growth cones in grasshopper embryos. IV. The effects of ablating the A and P axons upon the behavior of the G growth cone. J. Neurosci. 4, 2329-2345.
41. Kotrla, K.J. and Goodman, C.S. (1984). Transient expression of a surface antigen on a small subset of neurons during embryonic development. Nature 311, 151-153.
42. Bastiani, M.J., Pearson, K.G., and Goodman,C.S. (1984). From embryonic fascicles to adult tracts: organization of neuropil from a developmental perspective. J. Exp. Biol. 112, 45-64.
43. Goodman, C.S., Bastiani, M.J., Doe, C.Q., du Lac, S., Helfand, S.L., Kuwada, J.Y., Thomas, J.B. (1984). Cell recognition during neuronal development. Science 225, 1271-1279.
44. Pearson, K.G. and Boyan, G.S., Bastiani, M.J., and Goodman, C.S. (1985). Heterogeneous properties of segmentally homologous interneurons in the ventral nerve cord of locusts. J. Comp. Neurol. 233, 133-145.
45. Ball, E.E., Ho, R.K., and Goodman, C.S. (1985). Development of neuromuscular specificity in the grasshopper embryo: guidance of motoneuron growth cones by muscle pioneers. J. Neurosci. 5, 1808-1819.
46. Kuwada, J.Y. and Goodman, C.S. (1985). Neuronal determination during embryonic development of the grasshopper nervous system. Dev. Biol. 110, 114-126.
47. Doe, C.Q. and Goodman, C.S. (1985). Early events in insect neurogenesis: I. Development and segmental differences in the pattern of neuronal precursor cells. Dev. Biol. 111, 193-205.
48. Doe, C.Q. and Goodman, C.S. (1985). Early events in insect neurogenesis: II. The role of cell interactions and cell lineage in the determination of neuronal precursor cells. Dev. Biol. 111, 206-219.
49. Ball, E.E., Ho, R.K., and Goodman, C.S. (1985). Muscle development in the grasshopper embryo: I. Muscles, nerves, and apodemes in the metathoracic leg. Dev. Biol. 111, 383-398.
50. Ball, E.E. and Goodman, C.S. (1985). Muscle development in the grasshopper embryo: II. Syncytial origin of the extensor tibiae muscle pioneers. Dev. Biol. 111, 399-416.
51. Ball, E.E. and Goodman, C.S. (1985). Muscle development in the grasshopper embryo: III. Sequential origin of the flexor tibiae muscle pioneers. Dev. Biol. 111, 417-424.
52. Doe, C.Q., Kuwada, J.Y., and Goodman, C.S. (1985). From epithelium to neuroblasts to neurones: the role of cell interactions and cell lineage during insect neurogenesis. Phil. Trans. R. Soc. Lond. B, 312, 67-81.
53. (from laboratory) Kuwada, J.Y. (1986). Cell recognition by neuronal growth cones in a simple vertebrate embryo. Science 233, 740-746.
54. Bastiani, M.J., du Lac, S., and Goodman, C.S. (1986). Guidance of neuronal growth cones in the grasshopper embryo. I. Recognition of a specific axonal pathway by the pCC neuron. J. Neurosci. 6, 3518-3531.
55. du Lac, S., Bastiani, M.J., and Goodman, C.S. (1986). Guidance of neuronal growth cones in the grasshopper embryo. II. Recognition of a specific axonal pathway by the aCC neuron. J. Neurosci. 6, 3532-3541.
56. Bastiani, M.J. and Goodman, C.S. (1986). Guidance of neuronal growth cones in the grasshopper embryo. III. Recognition of specific glial pathways. J. Neurosci. 6, 3542-3551.
57. Doe, C.Q., Bastiani, M.J., and Goodman, C.S. (1986). Guidance of neuronal growth cones in the grasshopper embryo. IV. Temporal delay experiments. J. Neurosci. 6, 3552-3563.

58. Bastiani, M.J., Harrelson, A.L, Snow, P.M., and Goodman, C.S. (1987).  Expression of fasciclin I and II glycoproteins on subsets of axon pathways during neuronal development in the grasshopper.  Cell 48, 745-755.
59. Snow, P.M., Patel, N.H, Harrelson, A.L., and Goodman, C.S. (1987).  Neural-specific carbohydrate moiety shared by many surface glycoproteins in Drosophila and grasshopper embryos.  J. Neurosci. 7, 4137-4144.
60. Patel, N.H., Snow, P.M., and Goodman, C.S. (1987).  Characterization and cloning of fasciclin III: a glycoprotein expressed on a subset of neurons and axon pathways in Drosophila.  Cell 48, 975-988.
61. Montell, D.J., and Goodman, C.S. (1988).  Drosophila substrate adhesion molecule: sequence of laminin B1 chain reveals domains of homology with mouse.  Cell 53, 463-473.
62. Thomas, J.B., Crews, S.T., and Goodman, C.S. (1988).  Molecular genetics of the *single-minded* locus: a gene involved in the development of the Drosophila nervous system.  Cell 52, 133-141.
63. Crews, S.T., Thomas, J.B., and Goodman, C.S. (1988).  The Drosophila *single-minded* gene encodes a nuclear protein with sequence similarity to the per gene product.  Cell 52, 143-151.
64. Doe, C.Q., Hiromi, Y., Gehring, W.J., and Goodman, C.S. (1988).  Expression and function of the segmentation gene *fushi tarazu* during Drosophila neurogenesis.  Science 239, 170-175.
65. Smouse, D., Goodman, C.S., Mahowald, A.P., and Perrimon, N. (1988).  *Polyhomeotic*: a gene required for the embryonic development of axon pathways in the central nervous system of Drosophila.  Genes and Develop. 2, 830-842.
66. Snow, P.M., Zinn, K., Harrelson, A.L., McAllister, L., Schilling, J., Bastiani, M.J., Makk, G., and Goodman, C.S. (1988).  Characterization and cloning of fasciclin I and fasciclin II glycoproteins in the grasshopper.  Proc. Natl. Acad. Sci. USA 85, 5291-5295.
67. Zinn, K., McAllister, L., and Goodman, C.S. (1988).  Sequence and expression of fasciclin I in grasshopper and Drosophila.  Cell 53, 577-587.
68. Doe, C.Q., Smouse, D., and Goodman, C.S. (1988).  Control of neuronal fate by the Drosophila segmentation gene *even-skipped*.  Nature 333, 376-378.
69. Harrelson, A.L., and Goodman, C.S. (1988).  Growth cone guidance in insects: fasciclin II is a member of the immunoglobulin superfamily.  Science 242, 700-708.
70. Jacobs, J.R., and Goodman, C.S. (1989).  Embryonic development of axon pathways in the Drosophila CNS: I. A glial scaffold appears before the first growth cones.  J. Neurosci. 9, 2402-2411.
71. Jacobs, J.R., and Goodman, C.S. (1989).  Embryonic development of axon pathways in the Drosophila CNS: II. Behavior of pioneer growth cones.  J. Neurosci. 9, 2412-2422.
72. Patel, N.H., Schafer, B., Goodman, C.S., and Holmgren, R. (1989).  The role of segment polarity genes during Drosophila neurogenesis.  Genes and Develop. 3, 890-904.
73. Montell, D.J., and Goodman, C.S. (1989).  Drosophila laminin: sequence of B2 subunit and expression of all three subunits during embryogenesis.  J. Cell Biol. 109, 2441-2453.
74. Jacobs, J.R., Hiromi, Y., Patel, N.H., and Goodman, C.S. (1989).  Lineage, migration, and morphogenesis of longitudinal glia in the Drosophila CNS as revealed by a molecular lineage marker.  Neuron 2, 1625-1631.
75. Patel, N.H., Martin-Blanco, E., Coleman, K.G., Poole, S.J., Ellis, M.C., Kornberg, T.B., and Goodman, C.S. (1989).  Expression of engrailed proteins in arthropods, annelids, and chordates.  Cell, 58, 955-968.

76. Patel, N.H., Kornberg, T.B., and Goodman, C.S. (1989).  Expression of engrailed during segmentation in grasshopper and crayfish.  Development 107, 201-212.
77. Snow, P.M., Bieber, A.J., and Goodman, C.S. (1989).  Fasciclin III: a novel homophilic adhesion molecule in Drosophila.  Cell 59, 313-323.
78. Bieber, A.J., Snow, P.M., Hortsch, M., Patel, N.H., Jacobs, J.R., Traquina, Z., Schilling, J., and Goodman, C.S. (1989).  Drosophila neuroglian: a member of the immunoglobulin superfamily with extensive homology to the vertebrate neural adhesion molecule L1.  Cell 59, 447-460.
79. Mlodzik, M., Hiromi, Y., Weber, U., Goodman, C.S., and Rubin, G.M. (1990).  The Drosophila *seven-up* gene, a member of the steroid receptor gene superfamily, controls photoreceptor cell fates.  Cell 60, 211-224.
80. Elkins, T., Zinn, K., McAllister, L., Hoffmann, F.M., and Goodman, C.S. (1990).  Genetic analysis of a Drosophila neural cell adhesion molecule: interaction of fasciclin I and Abelson tyrosine kinase mutations.  Cell 60, 565-575.
81. Elkins, T., Hortsch, M., Bieber, A.J., Snow, P.M., and Goodman, C.S. (1990).  Drosophila fasciclin I is a novel homophilic adhesion molecule that along with fasciclin III can mediate cell sorting.  J. Cell Biol., 110, 1825-1832.
82. Hortsch, M., Bieber, A.J., Patel, N.H., and Goodman, C.S. (1990).  Differential splicing generates a nervous system-specific form of Drosophila neuroglian.  Neuron 4, 697-709.
83. Hortsch, M., and Goodman, C.S. (1990).  Drosophila fasciclin I, a neural cell adhesion molecule, has a phosphoinositol lipid anchor that is developmentally regulated.  J. Biol. Chem.265, 15104-15109.
84. Rothberg, J.M., Jacobs, J.R., Goodman, C.S., and Artavanis-Tsakonas, S. (1990).  *slit*: an extracellular protein necessary for development of midline glia and commissural axon pathways contains both EGF and LRR domains.  Genes and Dev. 4, 2169-2187.
85.  Hortsch, M., Patel, N.H., Bieber, A.J., Traquina, Z.R., and Goodman, C.S. (1990).  Drosophila neurotactin, a surface glycoprotein with homology to serine esterases, is dynamically expressed during embryogenesis.  Development 110, 1327-1340.
86. Ball, E.E., Rehm, E.J., and Goodman, C.S. (1990).  Cloning of a grasshopper cDNA coding for a protein homologous to the A1, A2/B1 proteins of mammalian hnRNP.  Nucleic Acids Res. 19, 397.
87.  Klämbt, C., Jacobs, J.R., and Goodman, C.S. (1991).  The midline of the Drosophila central nervous system: A model for the genetic analysis of cell fate, cell migration, and growth cone guidance.  Cell 64, 801-815.
88.  Klämbt, C. and Goodman, C.S. (1991).  The diversity and pattern of glia during axon pathway formation in the *Drosophila* embryo.  Glia 4, 205-213.
89.  Grenningloh, G., Rehm, E.J., and Goodman, C.S. (1991).  Genetic analysis of growth cone guidance in *Drosophila*: fasciclin II functions as a neuronal recognition molecule.  Cell 67, 45-57.
90.  Mahoney, P.A., Weber, U., Onofrechuck, P., Biessmann, H., Bryant, P.J., and Goodman, C.S. (1991).  The *fat* tumor suppressor gene in *Drosophila* encodes a novel member of the cadherin gene superfamily.  Cell 67, 853-868.
91.  McAllister, L., Goodman, C.S., and Zinn, K.  (1992). Dynamic expression of the cell adhesion molecule fasciclin I during embryonic development in *Drosophila*.  Development 115, 267-276.
92.  McAllister, L., Rehm, E.J., Goodman, C.S., and Zinn, K. (1992).  Alternative splicing of micro-exons creates multiple forms of the insect cell adhesion molecule fasciclin I.  J. Neurosci. 12, 895-905.

93. Bastiani, M.J., de Couet, H.G., Quinn, J.M.A., Karlstrom, R.O., Kotrla, K.K., Goodman, C.S., and Ball, E.E. (1992). Position-specific expression of the annulin protein during grasshopper embryogenesis. Dev. Biol. 154, 129-142.
94. Singer, M.A., Hortsch, M., Goodman, C.S., and Bentley, D. (1992). Annulin, a protein expressed at limb segment boundaries in the grasshopper embryo, is homologous to protein cross-linking transglutaminases. Dev. Biol. 154, 143-159.
95. Mlodzik, M., Hiromi, Y., Goodman, C.S., and Rubin, G.M. (1992). The presumptive R7 cell of the developing *Drosophila* eye receives positional information independent of *sevenless*, *boss* and *sina*. Mechanisms of Develop. 37, 27-42.
96. Patel, N.H., Ball, E.E., and Goodman, C.S. (1992). The changing role of *even-skipped* during the evolution of insect pattern formation. Nature 357, 339-342.
97. Freeman, M., Klämbt, C., Goodman, C.S., and Rubin, G.M. (1992). The *argos* gene encodes a diffusible factor that regulates cell fate decisions in the Drosophila eye. Cell 69, 963-975.
98. Nose, A., Mahajan, V.B., and Goodman, C.S. (1992). Connectin: a homophilic cell adhesion molecule expressed on a subset of muscles and the motoneurons that innervate them in Drosophila. Cell 70, 553-567.
99. Kolodkin, A.L., Matthes, D.J., O'Connor, T.P., Patel, N.H., Admon, A., Bentley, D., and Goodman, C.S. (1992). Fasciclin IV: sequence, expression, and function during growth cone guidance in the grasshopper embryo. Neuron 9, 831-845.
100. Seeger, M.A., Tear, G., Ferres-Marco, D., and Goodman, C.S. (1993). Mutations affecting growth cone guidance in Drosophila: genes necessary for guidance toward or away from the midline. Neuron 10, 409-426.
101. Gutjahr, T., Patel, N.H., Li, X., Goodman, C.S., and Noll, M. (1993). Analysis of the *gooseberry* locus in *Drosophila* embryos: *gooseberry* determines the cuticular pattern and activates *gooseberry neuro*. Development 118, 21-31.
102. Henchcliffe, C., García-Alonso, L., Tang, J., and Goodman, C.S. (1993). Laminin A has diverse functions in pattern formation and morphogenesis in Drosophila. Development 118, 325-337.
103. Van Vactor, D., Sink, H., Fambrough, D., Tsoo, R., and Goodman, C.S. (1993). Genes that control neuromuscular specificity in Drosophila. Cell 73, 1137-1153.
104. Hiromi, Y., Mlodzik, M., West, S.R., Rubin, G.M., and Goodman, C.S. (1993). Ectopic expression of *seven-up* causes cell fate changes during ommatidial assembly. Development 118, 1123-1135.
105. Kolodkin, A.L., Matthes, D.J., and Goodman, C.S. (1993). The *semaphorin* genes encode a family of transmembrane and secreted growth cone guidance molecules. Cell 75, 1389-1399.
106. Kolodkin, A., Pickup, A.T., Lin, D.M., Goodman, C.S., and Banerjee, U. (1994). Characterization of Star and its interactions with *sevenless* and *EGF receptor* during photoreceptor cell development in Drosophila. Development 120, 1731-1745.
107. Lin, D. M., and Goodman, C.S. (1994). Ectopic and increased expression of Fasciclin II alters motoneuron growth cone guidance. Neuron 13, 507-523.
108. Nose, A., Takeichi, M., and Goodman, C.S. (1994). Ectopic expression of Connectin reveals a repulsive function during growth cone guidance and synapse formation. Neuron 13, 525-539.
109. Lin, D. M., Fetter, R., Kopczynski, C., Grenningloh, G., and Goodman, C.S. (1994). Genetic analysis of Fasciclin II in Drosophila: defasciculation, refasciculation, and altered fasciculation. Neuron 13, 1055-1069.

110. VanBerkum, M.F.A., and Goodman, C.S. (1995). Targeted disruption of calcium-calmodulin signaling in Drosophila growth cones leads to stalls in axon extension and errors in axon guidance. Neuron 14, 43-56.
111. Lin, D.M., Auld, V.J., and Goodman, C.S. (1995). Targeted neuronal cell ablation in the Drosophila embryo: pathfinding by follower growth cones in the absence of pioneers. Neuron 14, 707-715.
112. Matthes, D.J., Sink, H., Kolodkin, A.K., and Goodman, C.S. (1995). Semaphorin II can function as a selective inhibitor of specific synaptic arborizations. Cell 81, 631-639.
113. Messersmith, E.K., Leonardo, E.D., Shatz, C.J., Tessier-Lavigne, M., Goodman, C.S., and Kolodkin, A.L. (1995). Semaphorin III can function as a selective chemorepellent to pattern sensory projections in the spinal cord. Neuron 14, 949-959.
114. Auld, V.J., Fetter, R.D., Broadie, K., and Goodman, C.S. (1995). Gliotactin, a novel transmembrane protein on peripheral glia, is required to form the peripheral blood-nerve barrier in Drosophila. Cell 81, 757-767.
115. Clark, H.F., Brentrup, D., Schneitz, K., Bieber, A., Goodman, C.S., and Noll, M. (1995). *dachsous* encodes a member of the cadherin superfamily that controls imaginal disc morphogenesis in *Drosophila*. Genes and Develop. 9, 1530-1542.
116. Jones, B.W., Fetter, R.D., Tear, G., and Goodman, C.S. (1995). *glial cells missing*: a genetic switch that controls glial vs. neuronal fate. Cell 82, 1013-1023.
117. Spana, E.P., Kopczynski, C., Goodman, C.S., and Doe, C.Q. (1995). Asymmetric localization of numb autonomously determines sibling neuron identity in the *Drosophila* CNS. Development 121, 3489-3494.
118. Therianos, S., Leuzinger, S., Hirth, F., Goodman, C.S., and Reichert, H. (1995). Embryonic development of the *Drosophila* brain: formation of commissural and descending pathways. Development 121, 3849-3860.
119. Hayward, D.C., Patel, N.H., Rehm, E.J., Goodman, C.S., and Ball, E.E. (1995). Sequence and expression of grasshopper Antennapedia: Comparison to *Drosophila*. Develop. Biol. 172, 452-465.
120. García-Alonso, L., VanBerkum, M.F.A., Grenningloh, G., Schuster, C., and Goodman, C.S. (1995). Fasciclin II controls proneural gene expression in *Drosophila*. P.N.A.S. 92, 10501-10505.
121. Hu, S., Fambrough, D., Atashi, J.R., Goodman, C.S., and Crews, S.T. (1995). The *Drosophila abrupt* gene encodes a BTB-zinc finger regulatory protein that controls the specificity of neuromuscular connections. Genes Dev. 9, 2936-2948.
122. Kreueger, N.X., Van Vactor, D., Wan, H., Gelbart, W., Goodman, C.S., and Saito, H. (1996). The transmembrane tyrosine phosphatase DLAR controls motor axon guidance in Drosophila. Cell 84, 611-622.
123. Tiemeyer, M., and Goodman, C.S. (1996). Gliolectin is a novel carbohydrate binding protein expressed by a subset of glia in the embryonic *Drosophila* nervous system. Development 122, 925-936.
124. Kopczynski, C., Davis, G., and Goodman, C.S. (1996). A neural tetraspanin, encoded by *late bloomer*, that facilitates synapse formation. Science 271, 1867-1870.
125. Tear, G., Harris, R., Sutaria, S., Kilomanski, K., Goodman, C.S., and Seeger, M.A. (1996). *commissureless* controls growth cone guidance across the CNS midline in Drosophila and encodes a novel membrane protein. Neuron 16, 501-514.
126. Stewart, B., Schuster, C., Goodman, C.S., and Atwood, H.L. (1996). Homeostasis of synaptic transmission in *Drosophila* with genetically altered nerve terminal morphology. J. Neurosci. 16, 3877-3886.

127. García-Alonso, L., Fetter, R.D., and Goodman, C.S. (1996).  Genetic analysis of *Laminin A* in Drosophila: Extracellular matrix containing Laminin A is required for ocellar axon pathfinding.  Development 122, 2611-2621.
128. Mitchell, K.J., Doyle, J.L., Serafini, T., Kennedy, T., Tessier-Lavigne, M., Goodman, C.S., and Dickson, B.J. (1996).  Genetic analysis of *Netrin* genes in Drosophila: Netrins guide CNS commissural axons and peripheral motor axons.  Neuron 17, 203-215.
129. Kolodziej, P.A., Timpe, L.C., Mitchell, K.J., Fried, S.A., Goodman, C.S., Jan, L.Y., and Jan, Y.N. (1996).  *frazzled* encodes a Drosophila member of the DCC immunoglobulin subfamily and is required for CNS and motor axon guidance.  Cell 87, 197-204.
130. Schuster, C.M., Davis, G.W., Fetter, R.D., and Goodman, C.S. (1996a).  Genetic dissection of structural and functional components of synaptic plasticity.  I. Fasciclin II controls synaptic stabilization and growth.  Neuron 17, 641-654.
131. Schuster, C.M., Davis, G.W., Fetter, R.D., and Goodman, C.S. (1996b).  Genetic dissection of structural and functional components of synaptic plasticity.  II. Fasciclin II controls presynaptic structural plasticity.  Neuron 17, 655-667.
132. Davis, G.W., Schuster, C.M., and Goodman, C.S. (1996).  Genetic dissection of structural and functional components of synaptic plasticity.  III. CREB is necessary for presynaptic functional plasticity.  Neuron 17, 669-679.
133. Fambrough, D., and Goodman, C.S. (1996).  The Drosophila *beaten path* gene encodes a novel secreted protein that regulates defasciculation at motor axon choice points.  Cell 87, 1049-1058.
134. Fambrough, D., Pan, D., Rubin, G.M., and Goodman, C.S. (1996).  The cell surface metalloprotease/disintegrin Kuzbanian is required for axonal extension in *Drosophila*.  P.N.A.S. 93, 13233-13238.
135. Doberstein, S.K., Fetter, R.D., Mehta, A.Y., and Goodman, C.S. (1997).  Genetic analysis of myoblast fusion: *blown fuse* is required for progression beyond the prefusion complex.  J. Cell Biol. 136, 1249-1261.
136. Bazan, J.F., and Goodman, C.S. (1997).  Modular structure of the *Drosophila* Beat protein.  Curr. Biol. 7, R338-339.
137. Chen, H., Chedotal, A., He, Z., Goodman, C.S., and Tessier-Lavigne, M. (1997).  Neuropilin-2, a novel member of the neuropilin family, is a high affinity receptor for the semaphorins Sema E and Sema IV but not Sema III.  Neuron 19, 547-559.
138. Davis, G.W., Schuster, C.M., and Goodman, C.S. (1997).  Genetic analysis of the mechanisms controlling target selection: Target-derived Fasciclin II regulates the pattern of synapse formation.  Neuron 19, 561-573.
139. Zito, K., Fetter, R.D., Goodman, C.S., and Isacoff, E.Y. (1997).  Synaptic clustering of Fasciclin II and Shaker: Essential targeting sequences and role of Dlg.  Neuron 19, 1007-1016.
140. Petersen, S.A., Fetter, R.D., Noordermeer, J.N., Goodman, C.S., and DiAntonio, A. (1997).  Genetic analysis of glutamate receptors in Drosophila reveals a retrograde signal regulating presynaptic transmitter release.  Neuron 19, 1237-1248.
141. Kidd, T., Brose, K., Mitchell, K.J., Fetter, R.D., Tessier-Lavigne, M., Goodman, C.S., and Tear, G. (1998).  Roundabout controls axon crossing of the CNS midline and defines a novel subfamily of evolutionarily conserved guidance receptors.  Cell 92, 205-215.
142. Kidd, T., Russell, C., Goodman, C.S., and Tear, G. (1998).  Dosage sensitive and complementary functions of Roundabout and Commissureless control axon crossing of the CNS midline.  Neuron 20, 25-33.

143. Davis, G.W., DiAntonio, A., Petersen, S.A., and Goodman, C.S. (1998).  Postsynaptic PKA controls quantal size and reveals a retrograde signal that regulates presynaptic transmitter release in Drosophila.  Neuron 20, 305-315.
144. Davis, G.W. and Goodman, C.S. (1998).  Synapse-specific control of synaptic efficacy at the terminals of a single neuron.  Nature 392, 82-86.
145. Winberg, M.K., Mitchell, K.J., and Goodman, C.S. (1998).  Genetic analysis of the mechanisms controlling target selection: Complementary and combinatorial functions of Netrins, Semaphorins, and IgCAMs.  Cell 93, 581-591.
146. Catalano, S.M., Messersmith, E.K., Goodman, C.S., Shatz, C.J., and Chédotal, A. (1998). Many major CNS axon projections develop normally in the absence of Semaphorin III. Mol. Cell. Neurosci. 11, 173-182.
147. Kopczynski, C.C., Noordermeer, J.N., Serano, T.L., Chen, W-Y., Pendleton, J.D., Lewis, S., Goodman, C.S., and Rubin, G.M. (1998).  A high throughput screen to identify secreted and transmembrane proteins involved in Drosophila embryogenesis.  Proc. Natl. Acad. Sci. USA 95, 9973-9978.
148. Kim, J., Jones, B.W., Zock, C., Chen, Z., Wang, H., Goodman, C.S., and Anderson, D.J. (1998).  Isolation and characterization of mammalian homologs of the *Drosophila* gene *glial cells missing*.  Proc. Natl. Acad. Sci. USA 95, 12364-12369.
149. Chédotal, A., Del Rio, J.A., Ruiz, M., He, Z., Borrell, V., de Castro, F., Ezan, F., Goodman, C.S., Tessier-Lavigne, M., Sotelo, C., Soriano, E. (1998).  Semaphorins III and IV repel hippocampal axons via two distinct receptors.  Development 125, 4313-4323.
150. Noordermeer, J.N., Kopczynski, C., Fetter, R.D., Bland, K.S., Chen, W-Y., and Goodman, C.S. (1998).  Wrapper, a novel member of the Ig superfamily, is expressed by midline glia and is required for them to ensheath commissural axons in Drosophila. Neuron 21, 991-1001.
151. Winberg, M., Noordermeer, J.N., Tamagnone, L., Comoglio, P.M., Spriggs, M.K., Tessier-Lavigne, M., and Goodman, C.S. (1998).  Plexin A is a neuronal semaphorin receptor that controls axon guidance.  Cell 95, 903-916.
152. Kikuchi, K., Chédotal, A., Hanafusa, H., Ujimasa, Y., de Castro, F., Goodman, C.S., and Kimura, T. (1999).  Cloning and characterization of a novel class VI semaphorin, semaphorin Y.  Mol. Cell. Neurosci. 13, 9-23.
153. DiAntonio, A., Petersen, S.A., Heckmann, M., and Goodman, C.S. (1999).  Glutamate receptor expression regulates quantal size and quantal content at the Drosophila neuromuscular junction.  J. Neurosci. 19, 3023-3032.
154. Wills, Z., Marr, L., Zinn, K., Goodman, C.S., Van Vactor, D. (1999).  Profilin and the Abl tyrosine kinase are required for motor axon outgrowth in the Drosophila embryo. Neuron 22, 291-299..
155. Kidd, T., Bland, K.S., and Goodman, C.S. (1999).  Slit is the midline repellent for the Robo receptor in Drosophila.  Cell 96, 785-794.
156. Brose, K., Bland, K.S., Wang, K.-H., Arnott, D., Henzel, W., Goodman, C.S., Tessier-Lavigne, M., and Kidd, T. (1999).  Slit proteins bind Robo receptors and have an evolutionarily conserved role in repulsive axon guidance.  Cell 96, 795-806.
157. Wang, K.-H., Brose, K., Arnott, D., Kidd, T., Goodman, C.S., Henzel, W., and Tessier-Lavigne, M. (1999).  Biochemical purification of a mammalian Slit protein as a positive regulator of sensory axon elongation and branching.  Cell 96, 771-784.
158. Ba-Charvet, K.T.N., Brose, K., Marillat, V., Kidd, T., Goodman, C.S., Tessier-Lavigne, M., Sotelo, C., and Chédotal, A. (1999).  Slit2-mediated chemorepulsion and collapse of developing forebrain axons.  Neuron 22, 463-473.

159. Encinas, J.A., Kikuchi, K., Chédotal, A., de Castro, F., Goodman, C.S., and Kimura, T. (1999).  Cloning, expression, and genetic mapping of Sema W, a member of the semaphorin family.  P.N.A.S. 96, 2491-2496.
160. Granderath, S., Stollewerk, A., Greig, S., Goodman, C.S., O'Kane, C., and Klämbt, C. (1999).  *loco* encodes an RGS protein required for Drosophila glial differentiation.  Development 126, 1781-1791.
161. Zito, K., Parnas, D., Fetter, R.D., Isacoff, E.Y., and Goodman, C.S. (1999).  Watching a synapse grow: Noninvasive confocal imaging of synaptic growth in Drosophila.  Neuron 22, 719-729.
162. Bashaw, G., and Goodman, C.S. (1999).  Chimeric axon guidance receptors: the cytoplasmic domains of Slit and Netrin receptors specify attraction versus repulsion.  Cell, 97, 917-926.
163. Tamagnone, L., Artigiani, S., Chen, H., He, Z., Ming, G-L., Song, H-J., Chedotal, A., Winberg, M.L., Goodman, C.S., Poo M-M., Tessier-Lavigne, M., and Comoglio, P.M. (1999).  Plexins are a large family of receptors for transmembrane, secreted, and GPI-anchored semaphorins in vertebrates.  Cell, 99, 71-80.
164. Marek, K.W., Ng, N., Fetter, R.D., Smolik, S., Goodman, C.S., and Davis, G.W. (2000).  A genetic analysis of synaptic development: pre- and postsynaptic dCBP control transmitter release at the Drosophila NMJ.  Neuron, 25, 537-547.
165. Wan, H.I., DiAntonio, A., Fetter, R.D., Bergstrom, K., Strauss, R., and Goodman, C.S. (2000).  Highwire regulates synaptic growth in Drosophila.  Neuron 26, 313-329.
166. Bashaw, G.J., Kidd, T., Murray, D., Pawson, T., and Goodman, C.S. (2000).  Repulsive axon guidance: Abelson and Enabled play opposing roles downstream of the Roundabout receptor.  Cell 101, 703-715.
167. Erskine, L., Williams, S.E., Brose, K., Kidd, T., Rachel, R.A., Goodman, C.S., Tessier-Lavigne, M., and Mason, C.A. (2000).  Retinal ganglion cell axon guidance in the mouse optic chiasm: expression and function of Robos and Slits.  J. Neurosci. 20, 4975-4982.
168. Ringstedt, T., Braisted, J.E., Brose, K., Kidd, T., Goodman, C.S., Tessier-Lavigne, M., O'Leary, D.D.M. (2000).  Slit inhibition of retinal axon growth and its role in retinal axon pathfinding and innervation patterns in the diencephalon.  J. Neurosci. 20, 4983-4991.
169. Simpson, J.H., Kidd, T., Bland, K.S., and Goodman, C.S. (2000).  Short-range and long-range guidance by Slit and its Robo receptors: I. Robo and Robo2 play distinct roles in midline guidance.  Neuron 28, 753-766.Hu, Li
170. Simpson, J.H., Bland, K.S., Fetter, R.D., and Goodman, C.S. (2000).  Short-range and long-range guidance by Slit and its Robo receptors:  A combinatorial code of Robo receptors controls lateral position.  Cell 103, 1019-1032.
171. Driessens, M.H.E., Hu, H., Nobes, C.D., Self, A., Jordens, I., Goodman, C.S., and Hall, A. (2001).  Plexin-B semaphorin receptors interact directly with active Rac and regulate the actin cytoskeleton by activating Rho.  Current Biology 11, 41-46.
172. Sink, H., Rehm, E.J., Richstone, L., Bulls, Y.M., and Goodman, C.S. (2000).  *sidestep* encodes a target-derived attractant essential for motor axon guidance in Drosophila.  Cell 105, 57-67.
173. Kramer, S.G., Kidd, T., Simpson, J.H., and Goodman, C.S. (2001).  Switching repulsion to attraction: Response to Slit changes during transition in mesoderm migration.  Science 292, 737-740.
174. DiAntonio, A., Haghighi, A.P., Portman, S.L., Lee, J.D., Amaranto, A.M., and Goodman, C.S. (2001).  Ubiquitination-dependent mechanisms regulate synaptic growth and function.  Nature 412, 449-452.

175. Winberg, M.L., Tamagnone, L., Bai, J., Comoglio, P.M., Montell, D., and Goodman, C.S. (2001).  The transmembrane protein Off-track associates with Plexins and functions downstream of Semaphorin signaling during axon guidance.  Neuron 32, 53-62.
176. Hu, H., Marton, T.F., and Goodman, C.S. (2001).  Plexin B mediates axon guidance in *Drosophila* by simultaneously inhibiting active Rac and enhancing RhoA signaling.  Neuron 32, 39-51.
177. Parnas, D., Haghighi, A.P., Fetter, R.D., Kim, S.W., and Goodman, C.S. (2001).  Regulation of postsynaptic structure and protein localization by the Rho-type guanine nucleotide exchange factor dPix.  Neuron 32, 415-424.
178. Pipes, G.C., Lin, Q., Riley, S.E., and Goodman, C.S. (2001).  The Beat generation: a multigene family enclosing IgSF proteins related to the Beat axon guidance molecule in Drosophila.  Development 128, 4545-4552.
179. Bashaw, G.J., Hu, H., Nobes, C.D., and Goodman, C.S. (2001).  A novel Dbl family RhoGEF promotes Rho-dependent axon attraction to the central nervous system midline in Drosophila and overcomes Robo repulsion.  J. Cell Biol. 155, 1117-1122.
180. Whitford, K.L., Marillat, V., Stein, E., Goodman, C.S., Tessier-Lavigne, M., Chedotal, A., and Ghosh, A. (2002).  Regulation of cortical dendrite development by Slit-Robo interactions.  Neuron 33, 47-61 (2002)
181. Plump, A.S., Erskine, L., Sabatier, C., Brose, K., Epstein, C., Goodman, C.S., Mason, C.A., and Tessier-Lavigne, M. (2002).  Slit1 and Slit2 cooperate to prevent premature midline crossing of retinal axons in the mouse visual system.  Neuron 33, 219-232.
182. Aberle, H., Haghighi, A.P., Fetter, R.D., McCabe, B.D., Magalhaes, T.R., and Goodman, C.S. (2002).  *wishful thinking* Encodes a BMP Type II Receptor That Regulates Synaptic Growth in *Drosophila*.  Neuron 33, 545-558.
183. Godenschwege, T.A., Simpson, J.H., Shan, Xiaoliang, Bashaw, G.J., Goodman, C.S., and Murphey, R.K. (2002).  Ectopic expression in the giant fiber system of *Drosophila* reveals distinct role for Roundabout (Robo), Robo2, and Robo3 in dendritic guidance and synaptic connectivity.  J. Neurosci. 22, 3117-3129.
184. Fradkin, L.G., Kamphorst, J.T., DiAntonio, A., Goodman, C.S., and Noordermeer, J.N. (2002).  Genomewide analysis of the Drosophila tetraspanins reveals a subset with similar function in the formation of the embryonic synapse.  Proc. Natl. Acad. Sci. U.S.A. 99, 13663-13668.
185  Godenschwege, T.A., Hu, H., Shan-Crofts, X., Goodman, C.S., and Murphey, R.K. (2002).  Bi-directional signaling by semaphorin 1a during central synapse formation in *Drosophila*.  Nature Neurosci. 5, 1294-1301.
186. McCabe, B.D., Marques, G., Haghighi, A.P., Fetter, R.D., Crotty, M.L., Haerry, T.E., Goodman, C.S., and O'Connor, M.B. (2003).  The BMP Homolog Gbb provides a retrograde signal that regulates synaptic growth at the *Drosophila* neuromuscular junction.  Neuron 39, 241-254.
187. Haghighi, A.P., McCabe, B.D., Fetter, R.D., Palmer, J.E., Hom, S., and Goodman, C.S. (2003).  Retrograde control of synaptic transmission by postsynaptic CaMKII at the *Drosophila* neuromuscular junction.  Neuron 39, 255-267.
188. Babcock, M.C., Stowers, R.S., Leither, J., Goodman, C.S., Pallanck, L.J. (2003).  A genetic screen for synaptic transmission mutants mapping to the right arm of chromosome 3 in Drosophila. Genetics 165, 171-183.
189. McCabe, B.D., Hom, S., Aberle, H., Fetter, R.D., Marques, G., Haerry, T.E., Wan, H., O'Connor, M.B., Goodman, C.S., and Haghighi, A.P. (2004).  Highwire regulates presynaptic BMP signaling essential for synaptic growth.  Neuron 41, 891-905.

190. Long, H., Sabatier, C., Ma, L., Plump, A., Ornitz, D., Murakami, F., Goodman, C.S., and Tessier-Lavigne, M. (2004).  Conserved roles for Slit and Robo proteins in midline commissural axon guidance.  Neuron 42, 213-223.
191. Hu, H., Li, M., Labrador, J.-P., McEwen, J., Lai, E.C., Goodman, C.S., and Bashaw, G.J. (2005).  Cross GTPase-activating protein (CrossGAP)/Vilse links the Roundabout receptor to Rac to regulate midline repulsion.  P.N.A.S. 102, 4613-4618.
192. Guerrero, G., Reiff, D.F., Agarwal, G., Ball, R.W., Borst, A., Goodman, C.S., Isacoff, E.Y.  (2005).  Heterogeneity in synaptic transmission along a Drosophila larval motor axon. Nature Neurosci. 8, 1188-1196.
193. Szpara, M., Vranizan, K., TaI, Y-C, Goodman, C.S., Speed, T.P., and Ngai, J. (2007).  Analysis of gene expression during neurite outgrowth and regeneration.  BioMed Central Neuroscience 8, 100-116.

## Publications: Review Articles and Book Chapters

1.  Goodman, C.S. (1979).  Isogenic grasshoppers: genetic variability and development of identified neurons.  In: (X. Breakefield, Ed) Neurogenetics: Genetic Approaches to the Nervous System.  Elsevier North-Holland.
2.  Goodman, C.S. and Spitzer, N.C. (1980).  Embryonic development of neurotransmitter receptors in grasshoppers.  In: (D. Sattelle, Ed.) Receptors for Neurotransmitters, Hormones, and Pheromones in Insects.  Elsevier North-Holland.
3.  Goodman, C.S. and Bate, M. (1981).  Neuronal development in the grasshopper.  Trends in Neurosci.  4, 163-169.
4.  Goodman, C.S. (1982).  Embryonic development of identified neurons in the grasshopper. In: (N.C. Spitzer, Ed.) Neuronal Development.  Plenum Press.
5.  Taghert, P., Kotrla, K., and Goodman, C.S. (1982).  Cell determination of neuroblasts and neurons during grasshopper embryogenesis.  In: Neuronal Development: Cellular Approaches in Invertebrates (C.S. Goodman and K.G. Pearson, Eds.) NRP Bulletin, MIT Press.
6.  Goodman, C.S., Ho, R.K., and Ball, E.E. (1982).  Pathfinding by growth cones in grasshopper embryos: guidance cues in the ectoderm and mesoderm.  In: Neuronal Development: Cellular Approaches in Invertebrates (Goodman and Pearson, Eds.) NRP Bulletin, MIT Press.
7.  Raper, J.A., Bastiani, M.J., and Goodman, C.S. (1982).  Pathfinding by identified growth cones in the central nervous system of the grasshopper embryo.  In: Neuronal Development: Cellular Approaches in Invertebrates (Goodman and Pearson, Eds.) NRP Bulletin, MIT Press.
8.  Raper, J.A. and Goodman, C.S. (1982).  Transient dye coupling between developing neurons reveals patterns of intercellular communication during embryogenesis.  In: Cellular Communication During Ocular Development (Sheffield and Hilfer, Eds.) Springer-Verlag.
9.  Raper, J.A., Bastiani, M.J., and Goodman, C.S. (1983).  Guidance of neuronal growth cones: selective fasciculation in the grasshopper embryo.  Cold Spring Harbor Symp. Quant. Biol. 48, 587-598.
10. Goodman, C.S., Shankland, M., and Bentley, D. (1983).  Manipulation of the development of identified neurons in grasshopper embryos raised in culture.  In: (Pfeiffer, Ed.) Current Frontiers in Neurobiology Approached Through Cell Culture.  CRC Press.

11. Goodman, C.S. (1984). Landmarks and labels that help developing neurons find their way. Bioscience 34, 300-307.
12. Goodman, C.S. and Bastiani, M.J. (1984). How embryonic nerve cells recognize one another. Scientific American 251, 58-66.
13. Bastiani, M.J. and Goodman, C.S. (1984). The first growth cones in the central nervous system of the grasshopper embryo. In: Cellular and Molecular Approaches to Neuronal Development (I. Black, Ed.) Plenum Press, pg. 63-84.
14. Bastiani, M.J., Doe, C.Q., Helfand, S.L., and Goodman, C.S. (1985). Neuronal specificity and growth cone guidance in grasshopper and Drosophila embryos. Trends in Neurosci. 8, 257- 266.
15. Doe, C.Q. and Goodman, C.S. (1985). Neurogenesis in grasshopper and *fushi tarazu Drosophila* embryos. Cold Spring Harbor Symp. Quant. Biol., Molecular Biology of Development 50, 891-903.
16. Goodman, C.S., Bastiani, M.J., Raper, J.A., and Thomas, J.B. (1985). Cell recognition during neuronal development in grasshopper and Drosophila. In: Molecular Bases of Neural Development (G.M. Edelman, W.E. Gall, and W.M. Cowan, Eds.) Neurosci. Res. Found., 295-316.
17. Bastiani, M.J., du Lac, S., and Goodman, C.S. (1985). The first growth cones in insect embryos: model system for studying the development of neuronal specificity. In: Model Neural Networks and Behavior (A. Selverston, Ed.) Plenum Press, New York, pgs. 149-174.
18. Goodman, C.S., Bastiani, M.J., Doe, C.Q., and duLac, S. (1986). Growth cone guidance and cell recognition in insect embryos. In: Developmental Biology, Volume 3: The Cell Surface in Development and Cancer (M. Steinberg, Ed.) Plenum Press, New York, pgs. 283-300.
19. Harrelson, A.L., Bastiani, M.J., Snow, P.M., and Goodman, C.S. (1987). From cell ablation experiments to surface glycoproteins: Selective fasciculation and the search for axonal recognition molecules. In: From Message to Mind: Frontiers in Developmental Neurobiology (S.S. Easter, K.F. Barald, B.M. Carlson, Eds.) Sinauer Press, New York, pgs. 96-109.
20. Grenningloh, G., Bieber, A., Rehm, J., Snow, P., Traquina, Z., Hortsch, M., Patel, N., and Goodman, C.S. (1990). Molecular genetics of neuronal recognition in Drosophila: Evolution and function of immunoglobulin superfamily cell adhesion molecules. Cold Spring Harbor Symp. Quant. Biol. 55, 327-340.
21. Klämbt, C.and Goodman, C.S. (1991). Role of midline glia and neurons in the formation of axon commissures in the central nervous system of the Drosophila embryo. Ann. N.Y. Acad. Sci. 633, 142-159.
22. Hortsch, M., and Goodman, C.S. (1991). Cell and substrate adhesion molecules in *Drosophila*. Ann. Rev. Cell Biol. 7, 505-557.
23. Goodman, C.S., Grenningloh, G., and Bieber, A.J. (1991). Molecular genetics of neural cell adhesion molecules in Drosophila. In: The Nerve Growth Cone (S.B. Kater, P.C. Letourneau, and E.R. Macagno, Eds.), Raven Press, pgs. 283-301.
24. Grenningloh, G., and Goodman, C.S. (1992). Pathway recognition by neuronal growth cones: Genetic analysis of neural cell adhesion molecules in Drosophila. Current Opinions in Neurobiol. 2, 42-47.
25. Nose, A., Van Vactor, D., Auld, V.J., and Goodman, C.S. (1992). Development of neuromuscular specificity in Drosophila. Cold Spring Harbor Symp. Quant. Biol. 57, 441-449.

26. Patel, N.H., and C.S. Goodman (1992). Preparation of digoxigenin-labeled single-stranded DNA probes. In: Non-radioactive Labeling and Detection of Biomolecules (ed. C. Kessler). springer-Verlag, Berlin, pp. 377-381.
27. Goodman, C.S., and Shatz, C.J. (1993). Developmental mechanisms that generate precise patterns of neuronal connectivity. Cell 72/Neuron 10 (Suppl), 77-98.
28. Tear, G., Seeger, M., and Goodman, C.S. (1993). To cross or not to cross: a genetic analysis of guidance at the midline. Perspect. Develop. Neuro. 1, 183-194.
29. Broadie, K., Sink, H., Van Vactor, D., Fambrough, D., Whitington, P.M., Bate, M., and Goodman, C.S. (1993). From growth cone to synapse: the life history of the RP3 motoneuron. Development Supplement, 227-238.
30. Goodman, C.S., and Doe, C.Q. (1993). Embryonic development of the *Drosophila* central nervous system. In: The Development of *Drosophila melanogaster* (M. Bate and A. Martinez-Arias, Eds.), Cold Spring Harbor Press, pgs. 1131-1206.
31. Goodman, C.S. (1994). The likeness of being: phylogenetically conserved molecular mechanisms of growth cone guidance. Cell 78, 353-356.
32. Goodman, C.S. (1996). Mechanisms and molecules that control growth cone guidance. Ann. Rev. Neurosci. 19, 341-377.
33. Nose, A., Takeichi, M., and Goodman, C.S. (1996). Molecular genetic analysis of the role of connectin in neuromuscular recognition in *Drosophila*. in: Basic Neuroscience in Invertebrates (H. Koike, Y. Kidokoro, K. Takahashi, and T. Kanaseki, Eds.), Japan Scientific Societies Press, Tokyo.
34. Tessier-Lavigne, M., and Goodman, C.S. (1996). The molecular biology of axon guidance. Science 274, 1123-1133.
35. Goodman, C.S., and Tessier-Lavigne, M. (1997). Molecular mechanisms of axon guidance and target recognition. In: Molecular and Cellular Approaches to Neural Development (Eds. M. Cowan, T. Jessell, and S.L. Zipursky), Oxford U. Press (NY, Oxford), 108-178..
36. Goodman, C.S., Davis, G.W., and Zito, K. (1997). The many faces of Fasciclin II: Genetic analysis reveals multiple roles for a cell adhesion molecule during the generation of neuronal specificity. Cold Spring Harbor Symp. Quant. Biol. 62, 479-491.
37. Davis, G.W., and Goodman, C.S. (1998). Genetic analysis of synaptic development and plasticity: Homeostatic regulation of synaptic efficacy. Current Opinions in Neurobiol. 8, 149-156.
38. Semaphorin Nomenclature Committee (Goodman, C.S., Kolodkin, A.L., Luo, Y., Püschel, A.W., and Raper, J.A.) (1999). Unified nomenclature for the Semaphorins/Collapsins. Cell 97, 551-552.
39. Tessier-Lavigne, M., and Goodman, C.S. (2000). Regeneration in the Nogo Zone. Science 287, 813-814.