1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

GOODYEAR DECLARATION                    Case No. 4:12-cv-06134-YGR




# United States Department of the Interior

NATIONAL PARK SERVICE
Pacific West Region
333 Bush Street, Suite 500
San Francisco, California 94104-2828

IN REPLY REFER TO:
L30 (PWR-RD)

November 29, 2012

Kevin and Nancy Lunny
Drakes Bay Oyster Company
17171 Sir Francis Drake
Inverness, CA 94937

Dear Mr. and Mrs. Lunny:

This letter is to advise you that the Secretary of the Interior has declined to exercise the discretionary permitting authority granted to him under Section 124 of the Act of October 30, 2009, Pub. L. No. 111-88, 123 Stat. 2932.  As a result, your 2008 Special Use Permit ("SUP") and Reservation of Use and Occupancy ("RUO") will expire by their own terms at midnight on November 30, 2012.

Although your existing authorizations will expire, and although you are not authorized to conduct commercial activities in the waters of Drakes Estero after November 30, 2012, the Secretary has directed the National Park Service ("NPS") to allow you time to remove your personal property from the park and close out your operations.   In accordance with the Secretary's November 29, 2012, decision and consistent with 36 C.F.R. § 5.3, this letter therefore constitutes a limited authorization effective December 1, 2012, for you to conduct the actions identified below, and only those actions.  Except as provided herein, nothing in this limited authorization relieves any post-expiration requirements of Drakes Bay Oyster Company ("DBOC") under either the RUO or the SUP.

1. In order to minimize the loss of its personal property, DBOC will have 90 days (until February 28, 2013) to remove its personal property, including shellfish and racks, from the tide and submerged lands within Drakes Estero.  Only DBOC-owned vessels may be used to remove DBOC's personal property from the Estero.  No other use of motorized vessels is allowed without the express, prior written approval of the NPS.  DBOC's boats and personnel are prohibited from entering the harbor seal protection areas as identified on the map entitled "Offshore Area of Operation."  In addition, DBOC's boats and personnel are prohibited from coming within 100 yards of any hauled out harbor seal no matter where it is located.



2. DBOC will be allowed to process and sell shellfish within the onshore RUO area and the upland portion of the SUP area for 90 days (until February 28, 2013).
3. DBOC will have 90 days (until February 28, 2013) to vacate and surrender the Premises (which are defined as the designated RUO area and the designated SUP areas as depicted in the maps entitled "Onshore Area of Operation" and "Offshore Area of Operation").
4. DBOC may not plant or place any additional larvae or shellfish within Drakes Estero.
5. DBOC may not install or construct any new structures or facilities on the Premises, nor may it make improvements to any existing facilities or structures.
6. During this 90 day period, DBOC shall maintain the Premises in a safe and sanitary condition and shall not conduct its activities in a manner that results in waste or nuisance.
7. On or before the conclusion of this 90 day period, DBOC shall surrender and vacate the Premises, remove all personal property therefrom (including DBOC-owned structures and improvements), and repair any damage resulting from such removal. Subject to the approval of the NPS, DBOC shall also return the Premises to a good order and condition (subject to ordinary wear and tear and damage that is not caused directly or indirectly by DBOC). If DBOC fails to satisfactorily remove its personal property and repair the Premises within this 90 day period, then at the NPS's option and after notice to DBOC, DBOC's personal property shall either become the personal property of the NPS without compensation therefore, or the NPS may cause it to be removed and the Premises to be repaired at the expense of DBOC, and no claim for damages against NPS or its agents shall be created or made on account of such removal or repair work.

This limited authorization is also subject to the following terms and conditions:

8. To ensure the protection of natural and cultural resources, DBOC may not conduct any ground disturbing work or excavation without the express, prior written approval of the NPS.
9. On behalf of itself and other state, local and federal agencies, the NPS reserves the right to enter upon the Premises at any time to inspect, inventory and monitor DBOC's activities under this limited authorization.
10. This limited authorization is a mere license. It does not convey any right, title or interest in the Premises to DBOC, nor does it convey any right, title and interest in NPS-owned structures located on the Premises. This limited authorization does not grant exclusive use of the Premises to DBOC.
11. This limited authorization does not entitle DBOC to any benefits under the Uniform Relocation Assistance and Real Property Acquisition Policies Act.
12. Time is hereby expressly declared to be of the essence for every provision of this limited authorization.
13. The laws of the United States shall govern the validity, construction and effect of this limited authorization.
14. Failure to comply with these terms and conditions may result in the revocation of this limited authorization.
15. DBOC's employees who have lived on site for at least 90 days prior to November 30, 2012, may have an opportunity to continue to live on site for a limited period of time afterwards. The NPS will contact these employees directly regarding relocation assistance and work with them to establish a timeframe for moving offsite.

16. This limited authorization is issued due to the special circumstances presented by this situation and is not to be construed as precedent for any future situation at Point Reyes or elsewhere.

If you have questions regarding this letter or the limited authorization that it grants, please contact Point Reyes National Seashore Superintendent Cicely Muldoon at 415-464-5120 or cicely_muldoon@nps.gov.

Sincerely,

/s/

Christine S. Lehnertz
Regional Director, Pacific West Region


Enclosures

cc:    David Schifsky, Chief Ranger, Point Reyes National Seashore
       Cicely Muldoon, Superintendent, Point Reyes National Seashore



Onshore Operation Area

[redacted]

**Legend**
- Project Area
- Congressionally Designated Wilderness (NPS GIS Data for Phillip Burton Wilderness Area 2011)
- Congressionally Designated Potential Wilderness (NPS GIS Data for Phillip Burton Wilderness Area 2011)
- Lateral channel seasonally closed to DBOC boat traffic from March 1 to June 30 (NPS 1992, 2008b, 2012a)
- Harbor Seal Protection Areas (NPS SUP 2008)
- SUP/RUO Area (Onshore) (NPS SUP 2008; NPS RUO 1972)
- SUP and Lease M-438-01 (Offshore) (NPS SUP 2008; CDFG GIS Data for Lease M-438-01 2011)
- SUP and Lease M-438-02 (Offshore) (NPS SUP 2008)

Map labels: SIR FRANCIS DRAKE BOULEVARD, Access Road, DBOC Onshore Facilities, Creamery Bay, Schooner Bay, Home Bay, Lease M-438-01 Parcel 2, Lease M-438-02, Lease M-438-01 Parcel 1, Estero Trail, Barries Bay, Congressionally Designated Potential Wilderness, Lateral Channel, Congressionally Designated Wilderness, DRAKES ESTERO

North; 0 — 1,500 Feet

Source: ESRI Data & Maps (CD-ROM v. 9.3-2008) and USDA/NRCS Orthophotography (2008)

**Offshore Area of Operation**