United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRAKES BAY OYSTER COMPANY, *et al.*,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>KENNETH L. SALAZAR, in his official capacity as Secretary, U.S. Department of the Interior, *et al.*,<br><br>　　　Defendants. | Case No.: 12-cv-06134-YGR<br><br>**ORDER VACATING HEARING ON MOTION TO INTERVENE SCHEDULED FOR JANUARY 15, 2013** |

　　　The Court finds that the Motion to Intervene, which has been noticed for hearing on January 15, 2013, is appropriate for decision without oral argument pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b).  Accordingly, the Court **VACATES** the January 15, 2013 hearing.  The Court anticipates issuing a separate order on the Motion to Intervene prior to the Motion for Preliminary Injunction.

　　　**IT IS SO ORDERED.**

Dated:  January 11, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**