Amber D. Abbasi [CSBN 240956]
Cause of Action
1919 Pennsylvania Ave., NW, Suite 650
Washington, D.C. 20006
Phone: 202.499.4232
Fax: 202.300.5842
E-mail: amber.abbasi@causeofaction.org

John Briscoe [CSBN 53223]
Lawrence S. Bazel [CSBN 114641]
Peter S. Prows [CSBN 257819]
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Suite 700
San Francisco, CA 94104
Phone: 415.402.2700
Fax: 415.398.5630
E-mail: jbriscoe@briscoelaw.net; lbazel@briscoelaw.net;
pprows@briscoelaw.net

Zachary Walton   [CSBN 181041]
SSL LAW FIRM LLP
575 Market Street, Suite 2700
San Francisco, CA 94105
Phone: 415.243.2685
Email: zack@ssllawfirm.com

Attorneys for Plaintiffs DRAKES BAY OYSTER COMPANY and KEVIN LUNNY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DRAKES BAY OYSTER COMPANY and KEVIN LUNNY, <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH L. SALAZAR; U.S. DEPARTMENT OF THE INTERIOR; U.S. NATIONAL PARK SERVICE; and JONATHAN JARVIS, <br><br> Defendants. | Case No. 12-cv-06134-YGR <br><br> **PRELIMINARY INJUNCTION APPEAL** |

NOTICE IS HEREBY GIVEN that Drakes Bay Oyster Company and Kevin Lunny, Plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the order of the United States District Court for the Northern District of California's (Hon. Yvonne Gonzales Rogers) denying Plaintiffs' Motion for Preliminary Injunction (Dkt. 89) entered in this action on the 4th day of February, 2013.

Plaintiffs attach hereto: a copy of the Order appealed from, as Exhibit 1; pursuant to Ninth Circuit Rule 3-2, Plaintiffs' Representation Statement, as Exhibit 2; and Plaintiffs' Civil Appeals Docketing Statement, as Exhibit 3.

Respectfully submitted,

DATED:  February 6, 2013

CAUSE OF ACTION

By: /s/ Amber D. Abbasi
AMBER D. ABBASI
Attorneys for Plaintiffs

DATED:  February 6, 2013

BRISCOE IVESTER & BAZEL LLP

By: /s/ Peter S. Prows
PETER S.PROWS
Attorneys for Plaintiffs