# EXHIBIT 3
# PRELIMINARY INJUNCTION APPEAL

DRAKES BAY OYSTER COMPANY V. SALAZAR ET AL. - CASE NO. 12-CV-06134-YGR



USCA DOCKET # (IF KNOWN)

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: | |
|---|---|
| DRAKES BAY OYSTER COMPANY and KEVIN LUNNY v. KENNETH L. SALAZAR; U.S. DEPARTMENT OF THE INTERIOR; U.S. NATIONAL PARK SERVICE; and JONATHAN JARVIS | **DISTRICT:** N.D. California    **JUDGE:** Gonzales Rogers <br> **DISTRICT COURT NUMBER:** 12-CV-06134-YGR <br> **DATE NOTICE OF APPEAL FILED:** 02/06/2013    **IS THIS A CROSS APPEAL?** ☐ YES <br> IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:**

Plaintiffs sued Defendants for violations of the Administrative Procedures Act; National Environmental Policy Act; Data Quality Act; Pub. L. No. 111-88, § 124, 123 Stat. 2904, 2932 (2009); U.S. Const. am. V, and 36 C.F.R. § 2.32(a) relating to Defendants' denial of Plaintiffs' application for a Special Use Permit. Plaintiffs sought a preliminary injunction on the basis of their claims. The District Court for the Northern District of California denied Plaintiffs' motion for preliminary injunction.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**

Whether or not the District Court for the Northern District of California erred in denying Plaintiffs' motion for Preliminary Injunction, by basing its decision on either errors of law or clearly erroneous findings of fact.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):**

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

- ☐ Possibility of Settlement
- ☐ Likelihood that intervening precedent will control outcome of appeal
- ☒ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify)

Plaintiffs intend to file a motion for an injunction pending appeal.

- ☐ Any other information relevant to the inclusion of this case in the Mediation Program

- ☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

## LOWER COURT INFORMATION

### JURISDICTION

**FEDERAL**
- [x] FEDERAL QUESTION
- [ ] DIVERSITY
- [ ] OTHER (SPECIFY):

**APPELLATE**
- [ ] FINAL DECISION OF DISTRICT COURT
- [x] INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT
- [ ] INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY):
- [ ] OTHER (SPECIFY):

### DISTRICT COURT DISPOSITION

**TYPE OF JUDGMENT/ORDER APPEALED**
- [ ] DEFAULT JUDGMENT
- [ ] DISMISSAL/JURISDICTION
- [ ] DISMISSAL/MERITS
- [ ] SUMMARY JUDGMENT
- [ ] JUDGMENT/COURT DECISION
- [ ] JUDGMENT/JURY VERDICT
- [ ] DECLARATORY JUDGMENT
- [ ] JUDGMENT AS A MATTER OF LAW
- [x] OTHER (SPECIFY): Order denying Plaintiffs' Motion for Preliminary Injunction

**RELIEF**
- [ ] DAMAGES: SOUGHT $ ___  AWARDED $ ___
- [x] INJUNCTIONS:
  - [x] PRELIMINARY
  - [ ] PERMANENT
  - [ ] GRANTED
  - [ ] DENIED
- [ ] ATTORNEY FEES: SOUGHT $ ___  AWARDED $ ___
- [ ] PENDING
- [ ] COSTS: $ ___

## CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**

1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.

2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).

3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.

4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

/s/ Amber D. Abbasi  
**Signature**

2/6/2013  
**Date**

## COUNSEL WHO COMPLETED THIS FORM

| | |
|---|---|
| NAME | Amber D. Abbasi |
| FIRM | Cause of Action |
| ADDRESS | 1919 Pennsylvania Avenue NW, Suite 650 |
| CITY | Washington |
| STATE | DC |
| ZIP CODE | 20006 |
| E-MAIL | amber.abbasi@causeofaction.org |
| TELEPHONE | 202.499.4232 |
| FAX | 202.300.5842 |

**\*\*THIS DOCUMENT SHOULD BE FILED IN DISTRICT COURT WITH THE NOTICE OF APPEAL.\*\***  
**\*\*IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS.\*\***