# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | | |
|---|---|---|
| DRAKES BAY OYSTER COMPANY, *et al.* | ) | Case No. 4:12-cv-06134-YGR |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **[PROPOSED]** ORDER DENYING |
| v. | ) | PLAINTIFFS' MOTION FOR |
| | ) | INJUNCTION PENDING APPEAL |
| KENNETH L. SALAZAR, in his official capacity as Secretary, U.S. Department of the Interior, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

Presently before the Court is Plaintiffs' Motion for Injunction Pending Appeal (Dkt. No. 92). Having considered Plaintiffs' motion, Defendants' opposition, and all arguments and evidence related thereto, Plaintiffs' Motion for Injunction Pending Appeal is **DENIED**.

Plaintiffs have failed to establish they are entitled to preliminary injunctive relief under Fed. R. Civ. P. 62(c), for the same reasons described in the Court's prior Order Denying Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 89).

This Order terminates Dkt. No. 92.

**IT IS SO ORDERED**.

Dated: February 11, 2013

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

[Proposed] Order Denying Plaintiffs' Motion for Injunction Pending Appeal
Case No. 4:12-cv-06134-YGR