1

2

3               UNITED STATES DISTRICT COURT

4              NORTHERN DISTRICT OF CALIFORNIA

5

6

7   DRAKES BAY OYSTER COMPANY, *et al.*,        Case No.: 12-cv-06134-YGR

8            Plaintiff,                          **ORDER STAYING PROCEEDINGS PENDING
                                                RULING ON PLAINTIFFS' PETITION FOR
9                                               REHEARING EN BANC, CONTINUING CASE
        v.                                      MANAGEMENT CONFERENCE, AND DENYING
10                                              REQUEST TO APPEAR TELEPHONICALLY AT
11  KENNETH L. SALAZAR, in his official         CASE MANAGEMENT CONFERENCE AS MOOT**
    capacity as Secretary, U.S. Department of
12  the Interior, *et al.*,

13           Defendants.

14

15        A Case Management Conference is scheduled for September 23, 2013.  The parties have

16  timely filed their Joint Case Management Conference Statement.  Plaintiffs seek a stay of proceedings

17  pending a final decision from the Ninth Circuit on Plaintiffs' appeal from this Court's denial of their

18  motion for a preliminary injunction.  Plaintiffs represent that they intend to petition for rehearing en

19  banc.  Defendants do not believe the case should be stayed in its entirety pending a final decision by

20  the Ninth Circuit on the preliminary injunction appeal, but that the case should proceed once the Ninth

21  Circuit rules on the petition for rehearing en banc.

22        The Court believes that a stay is appropriate until the Ninth Circuit rules on Plaintiffs' petition

23  for rehearing en banc.  The Court hereby **CONTINUES** the Case Management Conference from

24  September 23, 2013 to November 18, 2013 at 2:00 p.m.  If the Ninth Circuit has ruled on the petition

25  prior to the conference, the Court will determine whether a further stay is appropriate at that time.

26        If the Ninth Circuit has not ruled on Plaintiffs' petition for rehearing by five (5) business days

27  prior to the conference, the parties shall submit a joint status update by that date so informing the

28

United States District Court
Northern District of California

Court.  The parties may also contact the Courtroom Deputy to advance the Case Management Conference date, if necessary.

In light of the continuance of the Case Management Conference, the pending Request to Appear Telephonically at Case Management Conference is **DENIED** as moot.

As set forth above, this action is hereby **STAYED** pending the Ninth Circuit's ruling on Plaintiffs' petition for rehearing en banc.  This Order terminates Dkt. No. 109.

**IT IS SO ORDERED.**


Dated:  September 20, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**