UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

Date:  July 7, 2014            JUDGE: Yvonne Gonzalez Rogers

Case No:  C- 12-6134-YGR       Time: FTR 2:18pm-2:30pm

Case Name: Drakes Bay Oyster Co. v. Salazar et al.

Attorney(s) for Plaintiff: Lawrence S. Bazel
                           Peter S. Prows
                           S. Wayne Rosenbaum via CourtCall
                           Ryan Waterman via CourtCall

Attorney(s) for Defendant: Stephen MacFarlane
                           Joseph T. Mathews
                           E. Barrett Atwood
                           Barbara Goodyear

Deputy Clerk: Frances Stone              FTR

### PROCEEDINGS

Next Case Management Conference : 8/11/14 at 2:00pm

Notes: Court to issue order extending deadlines as indicated on the record .

Court will refer case to a Magistrate Judge for Settlement Conference to be held either 8/1/14 or the week of 8/4/14 per availability of a Magistrate Judge to do so.