UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRAKES BAY OYSTER COMPANY, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH L. SALAZAR, in his official capacity as Secretary, U.S. Department of the Interior, *et al*., <br><br> Defendants. | Case No.: 12-cv-06134-YGR <br><br> **ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE; SETTING CASE MANAGEMENT CONFERENCE; CONTINUING DATES IN ORDER OF SEPTEMBER 30, 2013** |

On July 7, 2014, the parties to this action appeared for a Case Management conference. Pursuant to the schedule of events agreed upon at the conference, the Court hereby memorializes and sets the following dates:

Pursuant to Local Rule 72-1, this matter is **REFERRED** to Magistrate Judge Ryu to conduct a settlement conference on August 8, 2014 at 10:00 a.m. in the United States District Court. Should the case settle, the parties are ordered to file a Notice of Settlement within two business days so that the Court may vacate any pending dates. Further information regarding the settlement conference will be provided by notice from the assigned magistrate judge.

In light of the above, the deadlines set in the parties' Stipulation Re: Extension of Time to Respond to Amended Complaint and Order Thereon, Dkt. No. 113 (September 30, 2013), are hereby extended for an additional forty-five days from the dates set forth therein. Pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management Conference shall be held in this case on **Monday, August 11, 2014, at 2:00 p.m.**, at the United States District Court for the Northern District of California, Ronald V. Dellums Federal Building, Oakland in Courtroom 1.

The parties shall file a joint case management conference statement no later than 10:00 a.m. on August 11, 2014, providing the Court with a status of outstanding issues.

**IT IS SO ORDERED.**

Dated: July 8, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**